**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:03CV211
(1:00CR2)**

| | | |
|---|---|---|
| SHAWN McALLISTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | <u>O R D E R</u> |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on the Petitioner's request for a certificate of appealability regarding the Judgment filed November 5, 2005, denying his § 2255 motion and the Order filed December 9, 2005, denying his motion for reconsideration.

An appeal may not be taken to the court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a certificate of appealability has been issued. **28 U.S.C. § 2253(c)(1)(B).** Such a certificate may not issue unless the applicant has made a substantial showing of the denial of

a constitutional right.  **28 U.S.C. § 2253(c)(2).**  The Petitioner has not made such a showing.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for a certificate of appealability is hereby **DENIED**.

Signed: February 16, 2006

Lacy H. Thornburg
United States District Judge